# UNITED STATES COURT OF APPEALS
## FOR THE
# SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of July, two thousand twenty-six.

In Re: Bernard L. Madoff Investment Securities, LLC,

*Debtor.*

**ORDER**

Docket No: 25-3036

Appellants, Lynne Florio and Malcolm H. Sage, filed a motion for panel reconsideration, or, in the alternative, for reconsideration *en banc*. The panel that determined the appeal has considered the request for reconsideration, and the active members of the Court have considered the request for reconsideration *en banc*.

IT IS HEREBY ORDERED that the motion is denied.[1]

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk




[1] Chief Judge Lohier is disqualified and took no part in the consideration or decision of the motion.