MANDATE

S.D.N.Y. – N.Y.C.
20-cv-10057
Cote, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand twenty-six.

Present:

Debra Ann Livingston,
*Chief Judge,*
Robert D. Sack,
Susan L. Carney,
*Circuit Judges*.

---

In Re: Bernard L. Madoff Investment Securities, LLC,

*Debtor*,

*******************************************

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

*Plaintiff-Appellee*,

v. 25-3036

Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and Sage Realty, Individually as Beneficiary of Sage Associates and Sage Realty, and as the Personal Representative of The Estate of Lillian M. Sage,

*Defendant-Appellant*,

Lynne Florio,

*Non-Party-Appellant*,

Sage Associates, et al.,

MANDATE ISSUED ON 07/14/2026

*Defendants*,

SIPC,

*Intervenor*.

---

Appellee, through counsel, moves for summary affirmance and to dismiss. It is hereby ORDERED that the motion for summary affirmance is GRANTED because the appeal "lacks an arguable basis in either law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. INS*, 45 F.3d 14, 17 (2d Cir. 1995) (per curiam); *see also United States v. Davis*, 598 F.3d 10, 13 (2d Cir. 2010).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit